No. 04-00-00316-CR


The STATE of Texas,

Appellant


v.


Rosendo CANALES, Jr.,

Appellee


From the County Court, Starr County, Texas

Trial Court No. CR- 99-484

Honorable J.M. "Chuy" Alvarez, Judge Presiding


Opinion by: Tom Rickhoff, Justice

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: May 16, 2001


REVERSED AND REMANDED



 The State of Texas appeals from the dismissal of the complaint and information with
prejudice. Because the trial court did not have authority to dismiss, we reverse and remand.

 Appellee, Rosendo Canales, was charged by complaint and information with the offense of
theft. When the case was called to trial, the State orally moved for a continuance, which the court
denied. Appellee then orally moved for dismissal of the complaint and information, which the court
granted. This appeal by the State followed.

 Unless requested by the State, a trial court may not dismiss a case, except when authorized
by constitutional, statutory, or common law, see State v. Terrazas, 962 S.W.2d 38, 41 (Tex. Crim.
App. 1998), such as when a defendant's Fifth Amendment right to a speedy trial has been violated,
when a defendant's Sixth Amendment right to counsel has been violated, when there is a defect in the
indictment, or when the indictment is unduly delayed. Id.; State v. Johnson, 821 S.W.2d 609, 612
n. 2 (Tex. Crim. App. 1991). None of the circumstances under which a trial court may dismiss a case
are present here; therefore, the trial court abused its discretion when it dismissed the complaint and
information.

 We reverse the trial court's judgment and remand the cause for further proceedings.


 Tom Rickhoff, Justice

DO NOT PUBLISH